# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCELIA H. POWERS,<br><br>     Plaintiff,<br><br>  v.<br><br>WALMART, INC.,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C18-1883RAJ |

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

  For the reasons set forth in the Court's Order of December 20, 2019, Judgment is entered in favor of Defendant Walmart, Inc., against Plaintiff Arcelia H. Powers.

  DATED this 23rd day of December, 2019.

         WILLIAM M. McCOOL,
         Clerk of the Court

        By:   _/s/ Victoria Ericksen_
           Deputy Clerk